## THOMAS DRIVER *v.* RICHARD J. FELIX
## (14469)

Dupont, C. J., and Schaller and Daly, Js.

Argued November 12—officially released December 3, 1996

Per Curiam. The judgment is affirmed.

## DONNA OPPEL *v.* CLARENCE OPPEL III
## (15084)

Dupont, C. J., and O'Connell and Lavery, Js.

Argued November 12—officially released December 3, 1996

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* JUAN ROMO
## (14677)

Lavery, Schaller and Hennessy, Js.

Argued November 14—officially released December 3, 1996

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* RICARDO KEARSE
## (15023)

Lavery, Schaller and Hennessy, Js.

Argued November 14—officially released December 3, 1996

Per Curiam. The judgment is affirmed.